476 A.2d 69

Commonwealth v. Butts, Appellant.

Submitted November 4, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.